CHARLES W. DAFF, BAR NO. 76178
2009 N. BROADWAY
SANTA ANA, CA 92706
Tel: (714)541-0301
Fax: (714)569-0515
Email: charlesdaff@yahoo.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | ) CASE NO: 08:11-10745 TA |
|---|---|
| KIM TO TA | ) Chapter 7 |
| | ) NOTICE OF TRUSTEE'S INTENT |
| | ) TO ABANDON PERSONAL PROPERTY |
| Debtor(s) | ) OF THE ESTATE |
| | ) (No hearing required) |

TO THE CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to section 554(a) of the Bankruptcy Code [11 U.S.C. section 554(a)], the undersigned, duly qualified and acting trustee of this estate of the above-captioned debtor, intends to and will abandon the following described property as burdensome and of inconsequential value to the estate:

All interest in the bankruptcy adversary case entitled TA KIM TO v. U.S. BANK NATIONAL ASSOCIATION, ETAL, with case number 8:10-ap-01502 TA and currently up on appeal before the Bankruptcy Appellate Panal (BAP). Said case was filed to disallow secured claim and quiet title to the real property known as 10231 Kenmore Street, Anaheim, CA.

Any objection or request for hearing must be filed within

1  fifteen (15) days from the date of service of this Notice with
2  the clerk of the Bankruptcy Court, at the Ronald Reagan Federal
3  Building and United States Courthouse, 411 W. Fourth Street, 2nd
4  Floor, Santa Ana, California 92701 and serve a copy of such
5  request on the United States Trustee at 411 W. Fourth Street,
6  Suite 9041, Santa Ana, CA 92701 and the Chapter 7 Trustee at 2009
7  N. Broadway, Santa Ana, CA 92706.

        If no objections have been filed within fifteen (15) days from the date of service of this Notice, the above-referenced property will be deemed abandoned without further order of the Court pursuant to Local Bankruptcy Rule 6004-1.

DATED: March 15, 2011

CHARLES W. DAFF
Chapter 7 Trustee

-2-

| In re
KIM TO TA

Debtor(s). | CHAPTER 7
CASE NO.: 8:11-10745-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described **NOTICE OF TRUSTEE'S INTENT TO ABANDON PERSONAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Gary L Harre    ghcmecf@gmail.com
- Nathan F Smith    nathan@mclaw.org
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Kim To Ta, 10231 Kenmore St, Anaheim, Ca 92804

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Theodor C. Albert, U.S. Bankruptcy Court, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2011 | April Hannum | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009

## Service List

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Bank Of America
PO Box 2579
Jacksonville, FL 32203-2579

Bank Of America
PO Box 1597
Norfork VA 23501-1597

Chase
100 Duffy Avenue
Hicksville NY 11801-3636

Citi Financial Inc
4500 New Linder Hill Rd
Wilmington DE 19808-2922

Kohl /Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051-5660

Toyota Motor Credit Co.
2600 Michelson Dr Ste 50
Irvine, CA 92612-1550

Wescom Credit Union
Malcolm & Cisneros
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7135

Wescom Credit Union
123 S Marengo Ave
Pasadena, CA 91101-2428