1  CHARLES W. DAFF, BAR NO. 76178
   2009 N. BROADWAY
2  SANTA ANA, CA 92706
   Telephone:  (714)541-0301
3  Facsimile:  (714)569-0515
   Email: charlesdaff@yahoo.com
4
   Chapter 7 Trustee
5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  In re:                        )   CASE NO:  8:11-10745 TA
                                  )   Chapter 7
11  KIM TO TA                     )
                                  )   TRUSTEE'S ABANDONMENT OF
12                                )   ASSETS RE: PERSONAL PROPERTY
                                  )   [11 U.S.C. §554]
13             Debtor(s).         )
    _____)   (No hearing required)
14

15  TO THE DEBTOR, ITS COUNSEL, AND ALL OTHER PARTIES IN INTEREST:

16         1)   On March 15, 2011, the Trustee's Notice of Intent

17  to Abandon Property of Estate was served on all creditors.

18         2)   As of April 7, 2011, the Trustee has received no

19  objections to this action.  More than 15 days have passed since

20  service of the Notice of Intent to Abandon Property of the

21  Estate.  The Trustee has given parties in interest notice of an

22  opportunity for a hearing and notice of his intention to abandon

23  said real property. The Trustee received no objections to his

24  proposal of abandonment.

25         Therefore, pursuant to 11 U.S.C. §554(a) and Local Rule

26  6007-1, Charles W. Daff, the Chapter 7 Trustee, hereby abandons

27     All interest in the bankruptcy adversary case entitled TA

28  KIM TO v. U.S. BANK NATIONAL ASSOCIATION, ETAL, with case number

1  8:10-ap-01502 TA and currently up on appeal before the Bankruptcy

2  Appellate Panal (BAP). Said case was filed to disallow secured

3  claim and quiet title to the real property known as 10231 Kenmore

4  Street, Anaheim, CA.

5

6  DATED: April 7, 2011                    _____

                                          CHARLES W. DAFF
7                                          Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re<br>KIM TO TA | CHAPTER 7 |
| | CASE NO.: 8:11-10745-TA |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described **TRUSTEE'S ABANDONMENT OF ASSETS RE: PERSONAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Gary L Harre    ghcmecf@gmail.com
- Nathan F Smith    nathan@mclaw.org
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On April 7, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Kim To Ta, 10231 Kenmore St, Anaheim, Ca 92804

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March    , 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Theodor C. Albert, U.S. Bankruptcy Court, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | April Hannum | |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009